Jonathan G. Stein, SBN 224609
Law Offices of Jonathan G. Stein
5050 Laguna Blvd, Suite 112-325
Elk Grove, CA 95758
Attorney for Plaintiff WARREN GEORGE

**FILED**

NOV 18 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN GEORGE | Case No. 2:09-cv-3118 JAM |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING A TEMPORARY RESTRAINING FORECLOSURE SALE SCHEDULED FOR NOVEMBER 23, 2009 |
| v. | |
| ONEWEST BANK, FSB, LIBERTY AMERICAN MORTGAGE GROUP, MTC FINANCIAL dba TRUSTEE CORPS., MTC FINANCIAL, and DOES 1-50, Inclusive, | |
| Defendants. | |

This matter having come before the court by application from Plaintiff's counsel, Jonathan G. Stein, the court hereby APPROVES the application for temporary restraining order. The sale date of November 23, 2009 is stayed for the property of 7145 Sunset Ave, Fair Oaks, CA 95628. ~~A bond of _____ shall be paid by Plaintiff within _____ days.~~ No bond is required. *JAM*

Dated: November 18, 2009

/s/ John A. Mendez
John A. Mendez
Judge, US District Court, Eastern District of California

Dated: November 12, 2009    Law Offices of Jonathan G. Stein

/s/ Jonathan G. Stein
By _____/s/_____
JONATHAN G. STEIN
Attorney for Plaintiff WARREN GEORGE