1 | Jonathan G. Stein, SBN 224609
Law Offices of Jonathan G. Stein
2 | 5050 Laguna Blvd, Suite 112-325
Elk Grove, CA 95758
3 | Attorney for Plaintiff WARREN GEORGE

**FILED**

NOV 1 8 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN GEORGE | Case No. 2:09-cv-3118 JAM |
| Plaintiff, | [~~PROPOSED~~] **ORDER SETTING HEARING ON PRELIMINARY INJUNCTION** |
| v. | |
| ONEWEST BANK, FSB, LIBERTY AMERICAN MORTGAGE GROUP, MTC FINANCIAL dba TRUSTEE CORPS., MTC FINANCIAL, and DOES 1-50, Inclusive, | **FORECLOSURE SALE SCHEDULED FOR NOVEMBER 23, 2009** |
| Defendants. | |

This matter having come before the court on October 20, 2009 by application from Plaintiff's counsel, Jonathan G. Stein, the court hereby sets a preliminary injunction for _November 30_ at _10_ (am)/pm in _Courtroom 6_. ~~Department~~ ___. Responsive pleadings shall be filed by _November 25, 2009_ ~~by~~ Defendants. _No bond shall be required by_ ~~Plaintiff shall post a bond of $5,000 within 30 days of today's date.~~

This order is entered as of _November 18, 2009_ at _9:20_ (am)/pm.

Dated: November _18_, 2009

_/s/ John A. Mendez_
John A. Mendez
Judge, US District Court, Eastern District of California

Dated: November 12, 2009    Law Offices of Jonathan G. Stein

/s/ Jonathan G. Stein

By ___/s/___
JONATHAN G. STEIN
Attorney for Plaintiff WARREN GEORGE

[PROPOSED] ORDER    Page 1