Jonathan G. Stein, SBN 224609
Law Offices of Jonathan G. Stein
5050 Laguna Blvd, Suite 112-325
Elk Grove, CA 95758
Attorney for Plaintiff WARREN GEORGE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN GEORGE | Case No. 2:09-cv-3118 JAM KJM |
| Plaintiff, | **STIPULATION AND ORDER SETTING HEARING ON PRELIMINARY INJUNCTION** |
| v. | |
| ONEWEST BANK, FSB, LIBERTY AMERICAN MORTGAGE GROUP, MTC FINANCIAL dba TRUSTEE CORPS., MTC FINANCIAL, and DOES 1-50, Inclusive, | |
| Defendants. | |

The parties, by and through their respective counsel, hereby stipulate that the temporary restraining order granted on November 18, 2009 shall remain in effect until the new hearing. The parties further stipulate that the hearing set for November 30, 2009 shall be continued until December 21, 2009 at 10:00am in Courtroom 6. Opposition shall be filed by December 14, 2009 and a reply by December 17, 2009.

Dated:  December 2, 2009     Law Offices of Jonathan G. Stein

/s/ Jonathan G. Stein
By _____
        JONATHAN G. STEIN
        Attorney for Plaintiff WARREN GEORGE

Dated: November 30, 2009     Malcom Cisneros

By: _____
        Kevin Hahn
        Attorney for Defendant, One West Bank

STIPULATION AND [PROPOSED] ORDER        Page 1

PDF created with pdfFactory trial version www.pdffactory.com

1 | It is so ORDERED.

Dated: December 1, 2009

/s/ John A. Mendez_____

John A. Mendez
Judge, US District Court, Eastern District of California

PDF created with pdfFactory trial version www.pdffactory.com