WILLIAM G. MALCOLM #129271
DON ROBINSON #123411
MALCOLM ♦ CISNEROS
2112 Business Center Drive
2nd Floor
Irvine, California 92612
Telephone:   (949) 252-9400
Telecopier:   (949) 252-1032
bill@mclaw.org

Counsel for ONEWEST BANK, FSB and
MTC FINANCIAL dba TRUSTEE CORPS.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN GEORGE,<br><br>            Plaintiff,<br><br>vs.<br><br>ONEWEST BANK, FSB, LIBERTY AMERICAN MORTGAGE GROUP; MTC FINANCIAL dba TRUSTEE CORPS., MTC FINANCIAL, and DOES 1 - 50, Inclusive,<br><br>           Defendants. | Case No. 2:09-cv-3118 JAM KJM<br><br>**ORDER RE-SETTING HEARING ON PRELIMINARY INJUNCTION** |

This matter having been taken under consideration by the Court, by application of the parties' Stipulation, the Court hereby Orders the current hearing on Preliminary Injunction vacated and re-set to January 20, 2010, at 9:30 a.m. in Courtroom 6. Opposition shall be filed by January 13, 2010, and the reply by January 18, 2010.

In addition, Defendants Onewest Bank and MTC Financial dba Trustee Corps.' deadline for a response to the Complaint shall be continued to January 20, 2009.

**IT IS HEREBY ORDERED.**

Dated: December 14, 2009

                                                  /s/ John A. Mendez
                                                  Honorable John A. Mendez
                                                  U.S. District Court Judge