WILLIAM G. MALCOLM #129271
DON ROBINSON #123411
MALCOLM ♦ CISNEROS
2112 Business Center Drive
2nd Floor
Irvine, California 92612
Telephone:    (949) 252-9400
Telecopier:    (949) 252-1032
bill@mclaw.org

Counsel for ONEWEST BANK, FSB and
MTC FINANCIAL dba TRUSTEE CORPS.

**E-FILED**
**01/14/10**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN GEORGE,<br><br>                 Plaintiff,<br><br>vs.<br><br>ONEWEST BANK, FSB, LIBERTY AMERICAN MORTGAGE GROUP; MTC FINANCIAL dba TRUSTEE CORPS., MTC FINANCIAL, and DOES 1 - 50, Inclusive,<br><br>                 Defendants. | Case No. 2:09-cv-3118 JAM KJM<br><br>**STIPULATION AND PROPOSED ORDER RE-SETTING HEARING ON PRELIMINARY INJUNCTION**<br><br>**Current Hearing Date         .**<br>Date:   January 20, 2010<br>Time:   9:30 a.m.<br>Ctrm:  6<br><br>**Proposed New Hearing Date**<br>Date:   March 3, 2010<br>Time:   9:30 a.m.<br>Ctrm:  6 |

The parties, by and through their respective counsel, hereby stipulate that the temporary restraining order granted on November 16, 2009 shall remain in effect until the new hearing.

The parties further stipulate that the hearing set for January 20, 2010, shall be continued to March 3, 2010, at 9:30 a.m. in Courtroom 6.  Opposition shall be filed by February 24, 2010, and a reply by March 1, 2010.

The parties further stipulate that Defendants' response to the Complaint is continued to March 3, 2010.

/ / /

PDF created with pdfFactory trial version www.pdffactory.com

Dated: January 14, 2010

LAW OFFICES OF JONATHAN G. STEIN

By: ___*/s/ Jonathan G. Stein*___
JONATHAN G. STEIN
Attorneys for Plaintiff WARREN GEORGE

Dated: January 14, 2010

MALCOLM ♦ CISNEROS

By: ___*/s/ William G. Malcolm*___
WILLIAM G. MALCOLM
Attorneys for ONEWEST BANK, FSB and MTC FINANCIAL dba TRUSTEE CORPS

IT IS SO ORDERED:

DATED: January 15, 2010         /s/ John A. Mendez
                                U. S. DISTRICT COURT JUDGE

2

PDF created with pdfFactory trial version www.pdffactory.com