WILLIAM G. MALCOLM #129271
KEVIN HAHN, #231579
MALCOLM ♦ CISNEROS
2112 Business Center Drive
2nd Floor
Irvine, California 92612
Telephone:   (949) 252-9400
Telecopier:   (949) 252-1032
bill@mclaw.org

**E-FILED**
**03/03/2010**

Counsel for ONEWEST BANK, FSB

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO

| | |
|---|---|
| WARREN GEORGE,<br><br>         Plaintiff,<br><br>vs.<br><br>ONEWEST BANK, FSB, LIBERTY AMERICAN MORTGAGE GROUP; MTC FINANCIAL dba TRUSTEE CORPS., MTC FINANCIAL, and DOES 1 - 50, Inclusive,<br><br>         Defendants. | Case No. 2:09-cv-3118 JAM KJM<br><br>**ORDER CONTINUING TIME FOR DEFENDANT ONEWEST BANK TO FILE A RESPONSIVE PLEADING**<br><br>Assigned to the Honorable John A. Mendez<br>Ctrm. 6 (14th Floor) |

This matter having been taken under consideration by the Court, by application of the Parties' Stipulation, the Court hereby Orders that Defendant Onewest Bank's deadline for a response to the Complaint shall be continued to April 3, 2010.

**IT IS HEREBY ORDERED.**


Dated:  _03/04/2010_____

                                                                        /s/ John A. Mendez_____
                                                                        Honorable John A. Mendez
                                                                        U.S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com