```
1  Jonathan G. Stein, SBN 224609
   Law Offices of Jonathan G. Stein
2  5050 Laguna Blvd, Suite 112-325
   Elk Grove, CA 95758
3  Attorney for Plaintiff WARREN GEORGE
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN GEORGE | Case No. 2:09-cv-3118 JAM KJM |
| Plaintiff, | **ORDER GRANTING PRELIMINARY INJUNCTION** |
| v. | |
| ONEWEST BANK, FSB, LIBERTY AMERICAN MORTGAGE GROUP , MTC FINANCIAL dba TRUSTEE CORPS., MTC FINANCIAL, and DOES 1-50, Inclusive, | DATE: March 3, 2010<br>TIME: 9:30AM<br>COURTROOM: 6 |
| Defendants. | |

This matter having come before the court on March 3, 2010 by application from Plaintiff's counsel, Jonathan G. Stein, the court hereby grants Plaintiff's Preliminary Injunction enjoining the sale of Plaintiff's property. Plaintiff shall post no bond.

Dated: March 4, 2010

/s/ John A. Mendez
**John A. Mendez**
**Judge, US District Court, Eastern District of California**

Approved as to form:

Dated: March 4, 2010          Law Offices of Jonathan G. Stein

/s/ Jonathan G. Stein

By _____
   JONATHAN G. STEIN
   Attorney for Plaintiff WARREN GEORGE

[PROPOSED] ORDER                                              Page 1

PDF created with pdfFactory trial version www.pdffactory.com

Dated: March 3, 2020        Malcom Cisneros

/s/ Kevin Hahn

By:_____
    KEVIN HAHN
    Attorney for Defendants

PDF created with pdfFactory trial version www.pdffactory.com